# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155798 & (16)(17)(18)(19)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                          SC: 155798
                                           COA: 336447
                                           Wayne CC: 10-004590-FH
VALIANT WHITE,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the March 8, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss conviction and sentence, the motion to remand, and the motions for an evidentiary hearing and lab testing are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



s0423

Clerk